UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| NATHANIEL HOLMES,<br>         Plaintiff,<br><br>     v.<br><br>TENDERLOIN HOUSING CLINIC, et al.,<br>         Defendants.<br>_____/ | No. C 09-5781 JCS<br><br>**ORDER GRANTING REQUEST FOR DEFENDANTS RANDALL SHAW AND KRISTA GETA TO ATTEND THE ENE TELEPHONICALLY**<br><br>Date:       September 7, 2010<br>Evaluator:  Sandra McCandless |

IT IS HEREBY ORDERED that the request for defendants Randall Shaw and Krista Geta to be excused from personally attending the September 7, 2010 ENE session before Sandra McCandless is GRANTED. Both Mr. Shaw and Ms. Geta shall be available by telephone at all times to participate in the ENE in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

August 31, 2010                    By:       *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge