UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL HOLMES,

    Plaintiff(s),

v.

TENDERLOIN HOUSING CLINIC INC., et al.,

    Defendant(s).

_____/

No. C 09-5781 PJH

**ORDER**

Before the court is the stipulation and request of the parties for an enlargement of the dates for briefing and hearing on the dispositive motions. Jury trial is scheduled for May 23, 2011 and the pretrial conference is scheduled for April 21, 2011. As the case management and pretrial order advises, it is the court's practice to hear dispositive motions 120 days before trial, so as to afford the court an opportunity to decide such motions in advance of the parties' pretrial preparation which commences 35 days in advance of the pretrial. That date is currently March 17, 2011. The parties not only request a briefing schedule that affords more time for them that is permitted by the local rules, but they request a hearing date of March 23, 2011, which is **after** the date their pretrial preparation commences. The request is DENIED. If the parties wish to discuss modification of the trial dates, they may contact the courtroom deputy to arrange a date for a case management conference. The parties are advised , however, that the court is currently scheduling trials for February 2012.

**IT IS SO ORDERED.**

Dated: December 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge